UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

STANLEY McINTOSH, RAHAMUT SHAH,
CLAUDE EASTMAN, and FELIX LEWIS,

                    Plaintiffs,

  -against-

TIME MOVING & STORAGE INC., and THE TIME
RECORD STORAGE COMPANY, LLC,

                    Defendants.

---------------------------------------------------------------x

**SUBSTITUTION OF COUNSEL**

07-civ-2226 (ENV)(SMG)

**IT IS HEREBY STIPULATED AND AGREED**, that the law firm of Clifton Budd & DeMaria, LLP, be substituted as counsel for defendants Time Moving & Storage Inc. and The Time Record Storage Company s/h/a The Time Record Storage Company, LLC in place of the law firm of Epstein Becker & Green, P.C.

EPSTEIN BECKER & GREEN, P.C.

By: _____
Matthew T. Miklave
Carrie Corcoran
250 Park Avenue
New York, New York 10177
212-351-4500

CLIFTON BUDD & DeMARIA, LLP

By: _____
Thomas W. Budd
Arthur J. Robb
420 Lexington Avenue
New York, New York 10170
212-687-7410

Signed and Acknowledged on
Behalf of Time Moving & Storage Inc.

By: _____

So Ordered:

     s/Hon. Eric N. Vitaliano
_____
U.S.D.J.

Dated: **OCT 17 2007**

Signed and Acknowledged on Behalf of The
Time Record Storage Company s/h/a The Time
Record Storage Company, LLC

By: _____